IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PIERRE MARTISE HARRIS                                      PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:19-cv-583-CWR-FKB

LT. DANIEL BARNETT, SGT. D. HICKS,
SGT. D. OPDYKE, OFFICER JORDAN
MCQUEARY, SGT. J. BRIDGES, NURSE
BUFFY CREEL                                   DEFENDANTS

## REPORT AND RECOMMENDATION

This action is before the Court *sua sponte* on the Show Cause Order [76] issued on December 9, 2021, to which Plaintiff has failed to respond. Having considered the matter, the undersigned recommends that this case be dismissed due to Plaintiff's failure to prosecute.

The undersigned has issued two prior show cause orders, arising from Plaintiff's failure to apprise the Court of his current address. *See* [38], [63]. The third and most recent order [76] ordered Plaintiff to file responses to Requests for Admissions [71-1] and the pending summary judgment motion [71] by January 28, 2022, and warned that "Plaintiff's failure to comply with this order shall result in a recommendation of dismissal of this matter pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute." As Plaintiff has failed to comply with the show cause order [76], the undersigned recommends that in accordance with Fed. R. Civ. P. 41(b), this case be dismissed due to Plaintiff's failure to prosecute.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served[1] with a copy shall bar that party, except upon grounds of plain error,

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(C), mailing a copy of this Report and Recommendation to Plaintiff's last known address is sufficient to serve Plaintiff with this order. The undersigned's staff shall mail this Report and Recommendation to Plaintiff at the last known address provided to the Court, as indicated on the Court's docket.

1

2

from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    RESPECTFULLY SUBMITTED, this the 4th day of February, 2022.

/s/ F. Keith Ball  
UNITED STATES MAGISTRATE JUDGE