IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PIERRE MARTISE HARRIS**                                              **PLAINTIFF**

V.                                                              **CAUSE NO. 3:19-CV-583-CWR-FKB**

**DANIEL BARNETT, ET AL.**                                       **DEFENDANTS**

**ORDER**

      This matter is before the Court pursuant to the Report and Recommendation (R&R) of the United States Magistrate Judge, which was entered on February 4, 2022. Docket No. 78. The R&R states that plaintiff Pierre Martise Harris failed to respond to the Court's December 9, 2021 Show Cause Order [Docket No. 76]. In it, the Court directed Harris to file responses to the pending summary judgment motion [Docket No. 71] and requests for admission [Docket No. 71-1] by January 28, 2022. The Order further counseled that Plaintiff's failure to respond in accordance with the Order "shall result in a recommendation of dismissal of this matter pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute." Docket No. 76 at 2. This Order followed two prior show cause orders stemming from the plaintiff's failure to notify the Court of his current address. *See* Docket Nos. 38 and 63.

      Harris failed to respond. Indeed, as of today, he has not responded to the Show Cause Order or the R&R. And Harris has not otherwise demonstrated any interest in pursuing his claims.

      Thus, the Court concludes that dismissal for failure to prosecute is appropriate for all the reasons given in the R&R. The R&R is therefore adopted as this Court's own Order, and this case is dismissed without prejudice. A separate Final Judgment will issue this day.

      **SO ORDERED**, this the 23rd day of February, 2022.

                                                            s/ Carlton W. Reeves
                                                            UNITED STATES DISTRICT JUDGE